**Order entered August 4, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00422-CV

**ALAN D. GERTNER, IRA, Appellant**

**V.**

**HQZ PARTNERS, L.P., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03044-H**

## ORDER

We **REINSTATE** this appeal.

In an order dated July 24, 2015, the Court abated this appeal to allow the trial court to make any additional or amended findings of fact and conclusions of law. On July 30, 2015, a supplemental clerk's record was filed containing the trial court's July 27, 2015 order denying appellant's request for additional or amended findings of fact and conclusions of law.

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE